Douglas A. Cawley
McKOOL SMITH P.C.
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: dcawley@mckoolsmith.com

Attorneys for Defendant
RAMBUS INC.

**FILED**

DEC 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NVIDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO. 3:08-CV-05500 MEJ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, Douglas A. Cawley, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with the General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Julie S. Turner (State Bar No. 191146)
TURNER BOYD LLP
2625 Middlefield Rd. #675
Palo Alto, California 94306
Telephone: 650/494-1530

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2008          By _____
                                        Douglas A. Cawley

-2-

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

Austin 47726v1

**FILE BY FAX**

ORIGINAL

RECEIVED
DEC 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVIDIA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAMBUS INC.,<br><br>　　　　Defendant. | CASE NO. 3:08-CV-05555<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Douglas A. Cawley, an active member in good standing of the bar of Texas, whose business address and telephone number is McKOOL SMITH P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____     _____
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

United States District Court
For the Northern District of California