ORIGINAL

FILE BY FAX

**FILED**

DEC 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

1  Scott L. Cole
   McKOOL SMITH P.C.
2  300 West 6th Street, Suite 1700
   Austin, Texas 78701
3  Telephone: (512) 692-8700
   Facsimile: (512) 692-8744
4  Email: scole@mckoolsmith.com

5  Attorneys for Defendant
   RAMBUS INC.

6

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION

10 NVIDIA CORPORATION,                    CASE NO. 3:08-CV-05500 MEJ

11              Plaintiff,
                                          **APPLICATION FOR ADMISSION
12       v.                               OF ATTORNEY PRO HAC VICE**

13 RAMBUS INC.,

14              Defendant.

15       Pursuant to Civil L.R. 11-3, Scott L. Cole, an active member in good standing of

16 the bar of Texas, hereby applies for admission to practice in the Northern District of California

17 on a *pro hac vice* basis, representing Rambus Inc., in the above-entitled action.

18       In support of this application, I certify on oath that:

19       1. I am an active member in good standing of a United States Court or of the

20          highest court of another State or the District of Columbia, as indicated

21          above;

22       2. I agree to abide by the Standards of Professional Conduct set forth in Civil

23          Local Rule 11-4, to comply with the General Order No. 45, *Electronic

24          Case Filing*, and to become familiar with the Local Rules and the

25          Alternative Dispute Resolution programs of this Court; and

26       3. An attorney who is a member of the bar of this Court in good standing and

27          who maintains an office within the State of California has been designated

28

                                          APPLICATION FOR ADMISSION OF
                                          ATTORNEY PRO HAC VICE

as co-counsel in the above-entitled action.  The name, address and

telephone number of that attorney is:

Julie S. Turner (State Bar No. 191146)
TURNER BOYD LLP
2625 Middlefield Rd. #675
Palo Alto, California 94306
Telephone:  650/494-1530

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2008          By_____

Scott L. Cole

-2-

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

Austin 47730v1

FILE BY FAX

United States District Court
For the Northern District of California

ORIGINAL
RECEIVED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEC 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4  NVIDIA CORPORATION,

5          Plaintiff,

6      v.

7  RAMBUS INC.,

8          Defendant.

9

CASE NO. 3:08-CV-05500 MEJ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

10

11      Scott L. Cole, an active member in good standing of the bar of Texas, whose business

12  address and telephone number is McKOOL SMITH P.C., 300 West 6th Street, Suite 1700,

13  Austin, Texas, 78701, (512) 692-8700, having applied in the above-entitled action for admission

14  to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus

15  Inc.

16      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

17  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

18  *vice*. Service of papers upon and communication with co-counsel designated in the application

19  will constitute notice to the party. All future filings in this action are subject to the requirements

20  contained in General Order No. 45, *Electronic Case Filing*.

21

22  Dated: _____        _____

23                                United States Magistrate Judge

24

25

26

27

28