I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
tsutton@orrick.com
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

DAVID M. GOLDSTEIN (State Bar No. 142334)
dgoldstein@orrick.com
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
NVIDIA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NVIDIA CORPORATION,<br><br>　　　　Defendant. | Case No. C-08-03343-SI<br>Consolidated with C-08-0550 SI<br><br>**[PROPOSED] ORDER GRANTING NVIDIA CORPORATION'S MOTION, PURSUANT TO CIVIL L.R. 6-3, TO CONTINUE FEBRUARY 4, 2011, CASE MANAGEMENT CONFERENCE** |

1  Upon consideration of NVIDIA's Motion, Pursuant to Civil Local Rule 6-3, to Continue
2  February 4, 2011, Case Management Conference, and good cause appearing, IT IS HEREBY
3  ORDERED THAT the Case Management Conference shall be held on __2/11/11__, 2011 at
4  3:00 P.M. or, alternatively, counsel for NVIDIA may appear telephonically on February 4 at
5  3:00 P.M.

Dated: January ___, 2011

_Susan Illston_
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING MOTION
TO CONTINUE CASE MANAGEMENT CONF.
C-08-03343-SI

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 18, 2011.

Dated: January 18, 2011.                                  Respectfully submitted,

                                                                                                          /s/ *I. Neel Chatterjee* /s/
                                                                                                             I. Neel Chatterjee